IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02691-BNB

DAVID EARL ANTELOPE,

    Applicant,

v.

J. M. WILNER, Warden, FCI Florence,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 3 0 2008

GREGORY C. LANGHAM
                CLERK

ORDER DISMISSING CASE

Applicant David Earl Antelope, a federal prisoner housed in the Federal Detention Center at Houston, Texas, initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On December 11, 2008, Magistrate Judge Boyd N. Boland entered an order construing the action more properly filed pursuant to **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971). Mr. Antelope was directed to file his claims on a Prisoner Complaint form and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or in the alternative to pay the $350.00 filing fee. On December 19, 2008, Mr. Antelope filed a pleading titled, "Applicant's Request to not Pursue Civil Action Construing Habeas Corpus Action."

The Court must construe the December 19, 2008, pleading liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Rule 41(a)(1)(A)(i) provides that "the

[applicant] may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by Respondent in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) ($2^d$ ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.$2^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the December 19, 2008, pleading as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of December 19, 2008, the date the Notice was filed with the Court. *See Hyde Constr. Co.*, 388 F.$2^d$ at 507. Accordingly, it is

ORDERED that the December 19, 2008, pleading is construed as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of December 19, 2008, the date Applicant filed the Notice in the action. It is

FURTHER ORDERED that the voluntary dismissal is without prejudice.

DATED at Denver, Colorado, this 30 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02691-BNB

David Earl Antelope
Reg No. 07408-059
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/30/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk